IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-12-611-14 |
| | § | |
| JORGE MONTEMAYOR | § | |

## ORDER

This case is before the Court on Defendant's Motion for Reconsideration of Order of Detention ("Motion") [Doc. # 274], to which the United States filed a Response [Doc. # 276]. Having carefully considered Defendant's Motion, the Government's Response, and the Pretrial Services Report [Doc. # 187], the Court sustains the Magistrate Judge's Order. It is hereby

**ORDERED** that Defendant is **DETAINED** pending trial. This Order is without prejudice to reconsideration if Defendant (a) provides a copy of the detention hearing transcript, and (b) articulates reasons why the Magistrate Judge's ruling fails to comply with applicable standards for detention and/or provides new information not presented to the Magistrate Judge.

SIGNED at Houston, Texas, this **19th** day of **March, 2013**.

Nancy F. Atlas
United States District Judge

P:\ORDERS\1-CRIMIN\2012\611Bond.wpd